**Bobbi Jean BISSELL, Appellant–Respondent,**

v.

· **Thi C. MAI, Respondent–Appellant.**

**Nos. WD 76483, WD 76517.**

Missouri Court of Appeals,
Western District.

May 27, 2014.

Robert G. Norfleet, Kansas City, MO, for appellant-respondent.

Mark E. Meyer, Kansas City, MO, for respondent-appellant.

Before Division II: VICTOR C. HOWARD, Presiding Judge, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

This is an appeal of a judgment after a jury verdict from the Circuit Court of Clay County, Missouri, in favor of Ms. Bissell. Because a published opinion would serve no jurisprudential purpose, the parties have been provided a memorandum setting forth the reasons for this order. We affirm the judgment. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**James L. VANN, Appellant.**

**No. WD 76889.**

Missouri Court of Appeals,
Western District.

May 27, 2014.

Erik C. Tate, Maysville, MO, for respondent.

James Vann, Appellant pro se.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

James Vann appeals his conviction in the Circuit Court of DeKalb County of driving in excess of the posted speed limit. For reasons explained in a memorandum provided to the parties, we affirm. Rule 30.25(b).